**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., *Plaintiff*, v. FADI'S CAFÉ, LLC, et al., *Defendants*. | Civil Action No. 18-11426 ORDER |

**THIS MATTER** having come before the Court upon application by Plaintiff Joe Hand Promotions, Inc. ("Plaintiff") for an entry of default judgment against Defendants Fadi Abuawad ("Abuawad") and Fadi's Café, LLC ("Fadi's Café," or, together with Abuawad, "Defendants") for failure to answer or otherwise defend pursuant to Federal Rule of Civil Procedure 55(b)(2);

and for the reasons set forth in the accompanying Opinion;

**IT IS** on this 27th day of August, 2019;

**ORDERED** that Plaintiff's Motion is **GRANTED**; and it is further

**ORDERED** that judgment is entered against Defendants in the amount of $10,400, consisting of $5,200 in statutory damages and $5,200 in enhanced statutory damages; and it is further

**ORDERED** that in order to recover costs and reasonable attorneys' fees, Plaintiff is directed to provide documentation of same to the Court within thirty days of this judgment, by or before September 27, 2019; and it is further

**ORDERED** that the matter is hereby closed.

/s/ *Madeline Cox Arleo*  
**Hon. Madeline Cox Arleo**  
**UNITED STATES DISTRICT JUDGE**