# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>FADI ABUAWAD, et al.,<br><br>*Defendants.* | Civil Action No. 18-11426<br><br>ORDER |

**THIS MATTER** comes before the Court on Plaintiff Joe Hand Promotions, Inc.'s ("Plaintiff") Motion for Attorneys' Fees and Costs, ECF No. 14;

and it appearing that the Honorable Michael A. Hammer issued a Report and Recommendation ("R&R") on January 29, 2020, in which he recommended that the Motion be granted and Plaintiff's attorneys be awarded $1,525 in fees and $563 in costs, ECF No. 15;

and it appearing that Defendants Fadi Abuawad and Fadi's Café, LLC (collectively, "Defendants") have not filed an objection to the R&R;

and it appearing that, in any event, Judge Hammer properly applied the law in recommending that Plaintiff is entitled to attorneys' fees under the Communications Act, 47 U.S.C. § 605(e)(3)(B)(iii), see, e.g., Joe Hand Promotions, Inc. v. Laguna Lounge LLC, No. 16-9184, 2018 WL 314816, at *2-3 (D.N.J. Jan. 5, 2018)

and for the reasons set forth in Judge Hammer's R&R;

**IT IS** on this 25th day of March, 2020;

**ORDERED** that Judge Hammer's R&R, ECF No. 15, is **ADOPTED** and the Plaintiff's Motion for Attorneys' Fees, ECF No. 14, is **GRANTED**; and it is further

**ORDERED** that judgment is entered against Defendants in the amount of $2,088, comprised of $1,525 for Plaintiff's attorneys' fees and $563 for their costs.

/s Madeline Cox Arleo
**Hon. Madeline Cox Arleo**
**UNITED STATES DISTRICT JUDGE**